[28 NE3d 534, 5 NYS3d 355]

In the Matter of JEFFREY P. DORRANCE.

Decided March 26, 2015

**OPINION OF THE COURT**

On the Court's own motion, it is determined that the Honorable Jeffrey P. Dorrance is suspended, with pay, effective immediately, from the office of Justice of the Green Island Town Court, Albany County, pursuant to New York Constitution, article VI, § 22 (f) and Judiciary Law § 44 (8) (b).

Concur: Chief Judge LIPPMAN and Judges READ, PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY.